**STATE of Missouri, Respondent,**

v.

**Anthony BERRY, Appellant.**

**No. WD 32826.**

Missouri Court of Appeals,
Western District.

July 20, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, C. J., and WASSERSTROM and NUGENT, JJ.

PER CURIAM:

ORDER

Appeal from conviction by jury trial for attempted robbery in the first degree. Affirmed.